Bullard *v.* Hicks et al. & Tr.

---

HARMON W. BULLARD *v.* RICHARD HICKS AND JOHN GOODSELL, and H. R. & J. J. BEARDSLEY AND HARMON WOODRUFF, Trustees.

A deputy sheriff held chargeable as trustee for money collected by him on execution, as in *Hurlburt v. Hicks et al. & Tr., ante* page 193.

One summoned as trustee, who discloses a sum of money in his hands belonging to the principal debtor, but that he has been adjudged chargeable as trustee for the same sum in a prior suit against the debtor, must be discharged, and his costs must be taxed against the plaintiff in the suit, and not be deducted from the amount found in his hands.

TRUSTEE PROCESS. The disclosures in this case were the same as in the case in favor of Samuel B. Hurlburt against the same defendants and the same trustees, *ante* page 193, except that the trustees H. R. & J. J. Beardsley now disclosed that they had been adjudged trustees in that suit for the whole amount in their hands, viz. $130, and that the said sum was insufficient to satisfy the plaintiff's claim in that suit.

The county court rendered judgment against the trustees, upon their disclosures; to which decision the trustees excepted.

The opinion of the court was delivered by

WILLIAMS, Ch. J. The principal questions in this case have been decided in the case in favor of Hurlburt against the same defendants and their trustees. But with respect to the Messrs. Beardsley there is this difference, that the amount disclosed by them is not sufficient to pay the amount for which Hurlburt recovered judgment

against them in that suit, the writ in which was served prior to the service of the writ in this case. They cannot, therefore, be called upon by this plaintiff, only on the contingency that Hurlburt should be able to collect the whole amount of his judgment against the principal debtor without recourse to them. They must, therefore, be entitled to their costs, to be adjudged to them against this plaintiff.

The cost which accrued to them in this suit should not be deducted from the amount found due to Hicks and Goodsell, as this would lessen the sum for which the first creditor, Hurlburt, has a just claim against them. They were rightly adjudged trustees in this suit, subject to their liability as trustees of the same debtors in the suit in favor of Hurlburt; and the judgment of the court below is affirmed in this particular;—but judgment must be rendered for these trustees to recover their cost.